the appellee to pursue a state remedy at this stage of the proceedings.

The District Court entered a judgment granting the relief sought by the appellee. It would be useless for us to add to the reasoning or conclusions announced by the trial court whose opinion may be found at 274 F.Supp. 116. We, therefore, affirm the judgment of the trial court on the basis of Judge Johnson's opinion which is adopted as the opinion of this court.

The judgment is affirmed.

Before HAYNSWORTH, Chief Judge, and BOREMAN and CRAVEN, Circuit Judges.

PER CURIAM:

Convicted of the theft of two calculators from Goddard Space Flight Center, Owens has appealed, contesting the sufficiency of the evidence against him and the propriety of the denial by the District Court of certain objections and requests made by his attorney. We find there was sufficient evidence from which the jury could find the defendant guilty beyond a reasonable doubt and there were no reversible errors committed at the trial.

Affirmed.

**UNITED STATES of America,**
**Appellee,**

v.

**Ben Brown OWENS, Appellant.**

**No. 12043.**

United States Court of Appeals
Fourth Circuit.

Argued May 6, 1968.

Decided June 14, 1968.

**Donald R. ARNOLD, Appellant,**

v.

**Ramsey CLARK et al., Appellees.**

**No. 25969.**

United States Court of Appeals
Fifth Circuit.

June 27, 1968.

Henry F. Leonnig, Upper Marlboro, Md., (Court-appointed counsel) for appellant.

Theodore R. McKeldin, Jr., Asst. U. S. Atty., (Stephen H. Sachs, U. S. Atty., on brief) for appellee.